AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Matt P. Jacobsen | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| CLEAR RECON CORP., | ) | |
| HSBC BANK USA N.A., | ) | 3:15-cv-00504 |
| PHH MORTGAGE CORPORATION | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PHH MORTGAGE CORPORATION

c/o CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DR
LAS VEGAS, NV  89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MATT P. JACOBSEN
1311 LA LOMA DRIVE
CARSON CITY, NV  89701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/5/15

Signature



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Matt P. Jacobsen | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| CLEAR RECON CORP, | ) | |
| HSBC BANK USA N.A., | ) | 3:15-cv-00504 |
| PHH MORTGAGE CORPORATION | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HSBC BANK USA N.A.

c/o PATRICK BURKE, PRESIDENT AND CEO
1800 TYSONS BLVD. SUITE 50
MCLEAN, VA  22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MATT P. JACOBSEN
1311 LA LOMA DRIVE
CARSON CITY, NV  89701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/5/15

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Matt P. Jacobsen<br><br>*Plaintiff(s)*<br>v.<br>CLEAR RECON CORP,<br>HSBC BANK USA N.A.,<br>PHH MORTGAGE CORPORATION<br><br>*Defendant(s)* | ))))))))))) | Civil Action No. 3:15-cv-00504 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLEAR RECON CORP

c/o NRAI, INC.
818 W SEVENTH ST STE 930
LOS ANGELES, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MATT P. JACOBSEN
1311 LA LOMA DRIVE
CARSON CITY, NV 89701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/5/15

*Signature of Clerk or Deputy Clerk*