UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATT P. JACOBSEN,<br><br>                 Plaintiff,<br>   v.<br><br>CLEARN RECON CORP, HSBC BANK USA N.A., PNH MORTGAGE CORPORATION,<br><br>                 Defendants. | Case No. 3:15-cv-00504-MMD-VPC<br><br>ORDER |

       Before the Court is Plaintiff's ex parte motion for temporary restraining order ("TRO Motion"). (Dkt. no. 4.) Plaintiff contends that this action is not the same as his previous action, case no. 3:12-cv-486-MMD-WGC ("First Case"). However, the allegations in the current complaint appear similar to the complaint filed in the First Case and this case involves one of the same defendants, HSBC Bank USA, N.A, in the First Case. Plaintiff certifies that he conferred with counsel for one of the defendants, Clear Recon Corp., before filing his Motion. (Dkt. no. 4 at 1.) However, Plaintiff has not demonstrated why he filed his Motion three (3) days before the scheduled foreclosure sale. Plaintiff is directed to supplement his Motion to state when he learned of the October 8, 2015, scheduled foreclosure sale and the reason for his delay, if any, in filing his Motion. Plaintiff's supplement must be filed by October 6, 2015. Plaintiff is further directed to serve a copy of his Motion on counsel of record for HSBC Bank USA, N.A. in the First Case via email and a notice that he has complied with the Court's order

directing service by October 6, 2015.[1]  Defendants will have until October 7, 2015, to respond to Plaintiff' Motion.

DATED THIS 5th day of October 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The records in the First Case reflect that counsel of record for HSBC Bank USA, N.A. and their email addresses are: Erica J Stutman, estutman@swlaw.com; Kelly H Dove, kdove@swlaw.com; and Laura E. Browning, lbrowning@swlaw.com.