Nathan Kanute, Esq.
Nevada Bar No. 12413
Erica Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
50 W. Liberty Street, Ste. 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: estutman@swlaw.com
    nkanute@swlaw.com

*Attorneys for HSBC BANK USA, N.A.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MATT P. JACOBSEN,<br><br>            Plaintiff,<br><br>vs.<br><br>CLEAR RECON CORP, HSBC BANK USA N.A., PHH MORTGAGE CORPORATION,<br><br>            Defendants. | CASE NO. 3:15-cv-00504-MMD-VPC<br><br>**HSBC BANK USA, N.A.'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)**<br><br>*EXPEDITED CONSIDERATION REQUESTED* |

Defendant HSBC Bank USA, N.A. ("HSBC Bank") received Plaintiff's Ex Parte Application for Temporary Restraining Order (the "TRO Motion") on the afternoon of Monday, October 5, 2015. In the TRO Motion, Plaintiff seeks to enjoin a trustee's sale of his property scheduled for Thursday, October 8, 2015. The Court ordered defendants to respond to the TRO Motion by Wednesday, October 7, 2015, which is the day before the scheduled sale. To adequately respond to the TRO Motion, HSBC Bank requires more time to consider Plaintiff's allegations and ascertain the status of any pending request for loan modification. So that Plaintiff will not be prejudiced by this requested extension, HSBC Bank has advised the trustee, Clear Recon Corp., through its counsel, to postpone the sale for at least two weeks – to a date no sooner than October 22, 2015.

1  In light of the sale postponement, HSBC Bank requests that its deadline to respond to the
2  TRO Motion be extended until Friday, October 16, 2015.  The undersigned spoke to plaintiff by
3  telephone for his position on this requested extension to respond, and he does not oppose this
4  requested extension.

5  A proposed order is submitted concurrently with this motion.

6  Dated: October 7, 2015                    SNELL & WILMER L.L.P.

8  By:  _____/s/ Nathan G. Kanute_____
   Erica J. Stutman
   Nevada Bar No. 10794
   Nathan Kanute
   Nevada Bar No. 12413
   SNELL & WILMER L.L.P.
   50 W. Liberty Street, Ste. 510
   Reno, NV 89501-1961
   Telephone:  (775) 785-5440
   Facsimile:   (775) 785-5441

   *Attorneys for HSBC BANK USA, N.A.*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I electronically filed the foregoing **HSBC BANK USA, N.A.'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

I also caused to be served a true and correct copy of **HSBC BANK USA, N.A.'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** by the method indicated:

|   |   |
|---|---|
| __X__ | Electronic Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |

and addressed to the following:

Matt P. Jacobsen
1311 La Loma Drive
Carson City, NV 89701
mj@annllc.com
*Plaintiff in Pro Per*

DATED  October 7, 2015

/s/ Lara J. Taylor
An Employee of Snell & Wilmer LLP

22658896

- 3 -

Nathan Kanute, Esq.
Nevada Bar No. 12413
Erica Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
50 W. Liberty Street, Ste. 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: estutman@swlaw.com
nkanute@swlaw.com

*Attorneys for HSBC BANK USA, N.A.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| MATT P. JACOBSEN, | CASE NO. 3:15-cv-00504-MMD-VPC |
|---|---|
| Plaintiff, | **ORDER GRANTING HSBC BANK USA, N.A.'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** |
| vs. | |
| CLEAR RECON CORP, HSBC BANK USA N.A., PHH MORTGAGE CORPORATION, | |
| Defendants. | |

This matter having come before the Court pursuant to Defendant HSBC Bank USA, N.A.'s ("HSBC Bank") Request for Extension of Time to Respond to Plaintiff's Motion for Temporary Restraining Order (First Request) filed on October 7, 2015; the Court having previously ordered HSBC Bank to respond to Plaintiff's Ex Parte Application for Temporary Restraining Order (the "TRO Motion") by Wednesday, October 7, 2015; HSBC Bank requiring more time to adequately respond to the TRO Motion; Plaintiff not being prejudiced by the requested extension; and good cause appearing to grant the extension:

IT IS HEREBY ORDERED that:

/ / /

/ / /

/ / /

1.    HSBC Bank's Request for Extension of Time to Respond to Plaintiff's Motion for Temporary Restraining Order (First Request) is hereby GRANTED.

2.    HSBC Bank shall have until Friday, October 16, 2015 to file its response to the TRO Motion.

**IT IS SO ORDERED**

Dated this _7th_ day of October 2015.

_____
UNITED STATES DISTRICT COURT JUDGE