Matt Jacobsen, Pro Se
1311 La Loma Drive
Carson City, NV 89701
(408) 899-0833



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Matt Jacobsen, Plaintiff, | No. 3:15-cv-00504 |
| v. | |
| HSBC BANK USA N.A., | **NOTICE OF PENDENCY** |
| CLEAR RECON CORP. | |
| PHH MORTGAGE CORPORATION | **OF ACTION** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to NRS 14.010 an action has been commenced in the above-entitled Court by the above-named Plaintiff against the above-named Defendants **to quiet the title** for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim, estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Carson City, State of Nevada, more particularly described as follows:

Property address: **1311 La Loma Drive, CARSON CITY, NV 89701**

Property description: **LOT 152 AS SHOWN ON THE MAP OF PARK TERRACE SUBDIVISION UNIT NO 1 FILED IN THE OFFICE OF THE RECORDER OF CARSON CITY NEVADA ON MAY 6, 1965 IN BOOK 1 OF MAPS PAGE 257 AS DOCUMENT NO. 90219**

APN: **008-342-19**

2

Dated this 20th day of October, 2015

/s/ _____
Matt Jacobsen, Pro Se
1311 La Loma Drive
Carson City, NV 89701
(408) 899-0833

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon the date last written below I served a true copy of the foregoing **Notice of Pendency of Action** upon the following parties by U.S. first class mail and/or email:

HSBC BANK USA, N.A.
c/o Erica J. Stutman
c/o Nathan Kanute
SNELL & WILMER L.L.P.
50 W. Liberty Street, Ste. 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: estutman@swlaw.com
       nkanute@swlaw.com

Clear Recon Corp.,
c/o NRAI, Registered Agent
818 W SEVENTH ST STE 930
LOS ANGELES CA 90017

PHHMC MORTGAGE CORPORATION
c/o CSC SERVICES OF NEVADA, INC., R.A.
2215-B RENAISSANCE DR
LAS VEGAS, NV 89119

Dated this 20th day of October, 2015

/s/ _____
Matt Jacobsen

3