AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Matt P. Jacobsen <br><br> *Plaintiff(s)* <br> v. <br> CLEAR RECON CORP, <br> HSBC BANK USA N.A., <br> PHH MORTGAGE CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-cv-00504 |

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 0 9 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLEAR RECON CORP

c/o NRAI, INC.
818 W SEVENTH ST STE 930
LOS ANGELES, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MATT P. JACOBSEN
1311 LA LOMA DRIVE
CARSON CITY, NV 89701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/5/15

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00504-MMD-VPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CLEAR RECON CORPORATION

was received by me on *(date)*   10/05/2015   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified Mail No. 7008 1140 0002 5326 5923 (See attached.)
Delivered on 10-16-2015 (See attached USPS Tracking.)

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/05/2015

*Server's signature*

Matt Jacobsen
*Printed name and title*

1311 La Loma Drive
Carson City, NV 89701

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. | A. Signature<br>X _____ ☐ Agent ☐ Addressee |
| [barcode] | B. Received by (Printed Name)   C. Date of Delivery 10/19 |
| 1. Article Addressed to:<br>CLEAR RECON CORP<br>One W. Seventh St<br>Suite 720<br>Los Angeles CA 90017 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7008 1140 0002 5326 5923 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

# USPS Tracking®

Customer Service ›

Have questions? We're here to help.

Get Easy Tracking Updates ›

Sign up for My USPS.

Only applicable to visual users. More Details Less Details
Tracking Number: 70081140000253265923

## delivered

- On Time
- Expected Delivery Day: Saturday, October 17, 2015

### Product & Tracking Information

**Postal Product:**

- First-Class Mail®

**Features:**

  - Certified Mail™
  - Return Receipt

See tracking for related item: 9590952106150064962571

| Date & Time | Status of Item | Location |
|---|---|---|
| October 16, 2015, 11:40 am | Delivered | LOS ANGELES, CA 90017 |

Your item was delivered at 11:40 am on October 16, 2015 in LOS ANGELES, CA 90017.