AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MATT P. JACOBSEN,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

v.

                      CASE NUMBER:  3:15-cv-00504-MMD-VPC

CLEAR RECON CORP, et al.,

    Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that that Defendant HSBC Bank USA NA's motion to dismiss (ECF No. 15) and Clear Recon Corp's joinder (ECF No. 39) are granted.
    **IT IS FURTHER ORDERED** that Defendant PHH Mortgage Corporation's motion to dismiss (ECF No. 18) is granted.

August 31, 2016                                   **LANCE S. WILSON**
                                                    Clerk

                                                    /s/ K. Rusin
                                                    Deputy Clerk