Nathan Kanute, Esq.
Nevada Bar No. 12413
Erica Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
50 W. Liberty Street, Ste. 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: nkanute@swlaw.com
       estutman@swlaw.com

*Attorneys for HSBC BANK USA, N.A.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MATT P. JACOBSEN, | CASE NO. 3:15-cv-00504-MMD-VPC |
| Plaintiff, | **ORDER TO EXPUNGE *LIS PENDENS*** |
| vs. | |
| CLEAR RECON CORP, HSBC BANK USA N.A., PHH MORTGAGE CORPORATION, | |
| Defendants. | |

Upon consideration of Defendant HSBC Bank USA, N.A.'s Motion to Expunge *Lis Pendens*, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the Notice of Pendency of Action recorded on November 4, 2015 in the Carson City Recorder's Office, file number 459099, is hereby expunged and of no further force or effect.

**IT IS SO ORDERED**

Date: March 26, 2019.

MIRANDA M. DU
DISTRICT COURT JUDGE